**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

VICTOR TSUPKO

      Plaintiff,

                                    Case No.:   1:25-cv-02474-LMB-WEF

v.

IVAN EGOROV; et al.

      Defendants

_____/

**DEFENDANTS' MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Comes now, Defendants Ivan Egorov ("Egorov"), KidsJumpTech, LLC ("KidsJumpTech"), CPR Software, LLC ("CPR Software"), and Neuro Level, LLC ("Neuro Level") (collectively the "Defendants") by and through undersigned counsel, and hereby move this Court to dismiss Plaintiff's Complaint pursuant to Fed. Rules of Civil Procedure 12(b)(2) and 12(b)(3), for Lack of Personal Jurisdiction and Improper Venue. In the alternative, Defendants move to transfer venue pursuant to 28 U.S.C. § 1404(a). [1] As set forth more fully in the Memorandum of Law in Support of this motion, incorporated herein, there is no personal jurisdiction in this case because Defendants have not purposefully availed themselves of the privileges of conducting activities in Virginia, the exercise of personal jurisdiction is not Constitutionally reasonable, and venue is not proper in the Eastern District of Virginia. Defendants request that this case be dismissed with prejudice.

---

[1] Defendant appears in this case for the limited purpose of filing this motion to dismiss for lack of personal jurisdiction. *See Dynamis, Inc. v. Dynamis.com*, 780 F. Supp. 2d 465, 471 (E.D. Va. 2011) ("Federal Rules of Civil Procedure allow a party denying jurisdiction and service to bring a challenge to personal jurisdiction without waiving the jurisdictional objection.)

Dated: January 28, 2026,                    Respectfully submitted,

/s/ Stan M. Doerrer
Stan M. Doerrer, VSB No. 88857
THE LAW OFFICE OF STAN M. DOERRER PLLC
950 N. Washington Street, Alexandria, VA 22314
Telephone: (703) 348-4646
Facsimile: (703) 348-0048
Email: stan@doerrerlaw.com


Mathew Courtney, Esq (PHV to be filed)
PINO LAW GROUP PLLC
99 South New York Avenue
Winter Park, FL 32789
Telephone: 407-425-7831
Email:  Mathew@PinoLawGroup.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of January, 2026, a copy of the foregoing, as well as its supporting documents, were served on all counsel of record in this action via the Court's ECF system.

/s/ Stan M. Doerrer     

3